NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KENNETH S. PINCKNEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7033

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-3657, Judge Robert N. Davis.

---

ON MOTION

---

## ORDER

Kenneth S. Pinckney moves for an extension of time, until February 15, 2012, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Pinckney's informal brief is due February 15, 2012.

FOR THE COURT

JAN 3 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth S. Pinckney
Courtney McNamara, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK